[No. 17620-3-II.    Division Two.    February 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
F. SAWYER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 93-1-00245-6, James Warme, J., entered October
23, 1993. *Reversed, vacated,* and *remanded* by unpublished
per curiam opinion.

[No. 17119-8-II.    Division Two.    February 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
DARYL BURT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 91-1-01310-1, Edwin L. Poyfair, J., entered May
14, 1993. *Reversed* by unpublished per curiam opinion.

[No. 18001-4-II.    Division Two.    February 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSTY ALLEN
HENSTRA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-1-03756-4, Rosanne Buckner, J., entered
January 13, 1994. *Reversed* by unpublished per curiam
opinion.

[No. 11909-2-III.    Division Three.    February 28, 1995.]

*In the Matter of the Petition for Writ of Habeas Corpus
of* ROLAND C. DENT, *Petitioner*, v. JAMES BLODGETT,
*Respondent*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 91-2-00230-5, Donald W. Schacht, J.,
entered November 5, 1991. *Reversed* and *remanded* by un-
published opinion per Munson, J., concurred in by Sweeney,
A.C.J., and Schultheis, J.